# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159959

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JERRICO KEYSHON TIMMONS,
   Defendant-Appellant.
_____/

SC: 159959
COA: 348327
Oakland CC: 2017-264709-FH

   On order of the Court, the application for leave to appeal the May 28, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2019



a1204

Clerk